Filed 3/30/21  P. v. Brinkley CA3

## NOT TO BE PUBLISHED

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Sacramento)

----

| | |
|---|---|
| THE PEOPLE, | C091959 |
| Plaintiff and Respondent, | (Super. Ct. Nos. 64788, 65039) |
| v. | |
| FREDERICK BRINKLEY, | |
| Defendant and Appellant. | |

In 1984, defendant Frederick Brinkley was convicted of numerous crimes he committed in 1982, when he was 19 years old, including three counts of kidnapping for which he was sentenced to life in prison.  Decades later, the Legislature created a mechanism for early parole review for youthful offenders in Penal Code section 3051.[1] The Supreme Court determined in *People v. Franklin* (2016) 63 Cal.4th 261 (*Franklin*) that defendants who will become eligible for such a parole hearing are entitled to create a record of evidence pertaining to youthful characteristics.

---

[1]     Undesignated statutory references are to the Penal Code.

1

On January 21, 2020, defendant filed a motion with the trial court seeking a *Franklin* proceeding to gather evidence relevant to his eventual youth offender parole hearing. The trial court denied the motion in a written order based on *In re Cook* (2019) 7 Cal.5th 439, finding a *Franklin* proceeding would be unlikely to produce fruitful evidence.

Defendant appeals the trial court's denial of his motion and seeks limited remand for a *Franklin* proceeding in order to establish youth related mitigation factors for a future youth offender parole hearing under section 3051. The People concede defendant is entitled to a *Franklin* proceeding and agree a limited remand is warranted.

Having reviewed the record and relevant law, we accept the People's concession. We will reverse the order denying defendant a *Franklin* proceeding and remand the matter for the limited purpose of allowing defendant the opportunity to establish youth related mitigation factors for a future youth offender parole hearing under section 3051.

## DISPOSITION

The order denying defendant's request for a *Franklin* proceeding is reversed. The matter is remanded for the limited purpose of giving defendant the opportunity to establish youth related mitigation factors for a future youth offender parole hearing under section 3051.


                                                                /s/
                                                        BLEASE, Acting P. J.

We concur:


_____/s/_____
ROBIE, J.


_____/s/_____
KRAUSE, J.